# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number 3:12-po-106 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| KENDRICK DURESSEAU, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

This case was before the Honorable Sharon L. Ovington for docket proceedings on August 22, 2012. The Court set collateral at $100 on Count 1, Speeding. Count 2, Driving Under Suspension, is DISMISSED. Defendant is permitted to work out a payment plan in the Clerk's Office with regard to payment of the $100 collateral. The case is hereby dismissed.

August 24, 2012                                                s/Sharon L. Ovington
                                                                              Sharon L. Ovington
                                                                United States Magistrate Judge